UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WORKFOLIO, LLC**, <br> *a Michigan Company* <br> Plaintiff, <br> v. <br> **WORKFOLIO, LLC,** <br> *a Delaware Company* <br> Defendant. | 2:22-CV-13088-TGB-JJCG <br><br> **DEFAULT JUDGMENT** |

In accordance with the Order issued on December 6, 2023, granting the Motion for Permanent Injunction and Default Judgment, judgment in the amount of $300,000 is entered in favor of Plaintiff and against Defendant. It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  December 6, 2023

                                               KINIKIA ESSEX
                                               CLERK OF THE COURT

                                               s/A. Chubb
                                               Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE